## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## MINNEAPOLIS DIVISION

| | | |
|---|---|---|
| **APRIL QUAY,** | § | |
| **individually and on behalf** | § | No. 0:21-CV-01796 (JT/DLM) |
| **of all others similarly situated** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **COLLECTIVE ACTION** |
| **v.** | § | **PURSUANT TO 29 U.S.C. § 216(b)** |
| | § | |
| **MONARCH HEALTHCARE** | § | |
| **MANAGEMENT LLC,** | § | |
| | § | |
| *Defendant.* | § | |

---

## JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT

---

Named Plaintiff, April Quay, individually and on behalf of all Opt-in Plaintiffs, along with Defendant, Monarch Healthcare Management, LLC, hereby move this Court for an Order approving the FLSA Settlement Agreement reached by the Parties and dismissing this matter with prejudice. The Settlement Agreement and Release ("Agreement") (attached as Exhibit 1) reflects a fair and reasonable compromise of a contested *bona fide* dispute regarding all hours worked and the proper amount of overtime pay.

The above Motion is based upon all the files, records, and proceedings herein, including the Parties' Memorandum in Support, and the exhibits attached thereto.

1

Date:  September 5, 2025                    Respectfully submitted,

                                           **ANDERSON ALEXANDER, PLLC**

                            By:    /s/ *Clif Alexander*
                                   **Clif Alexander** *(Admitted Pro Hac Vice)*
                                   Texas Bar No. 24064805
                                   clif@a2xlaw.com
                                   **Austin W. Anderson** *(Admitted Pro Hac Vice)*
                                   Texas Bar No. 24045189
                                   austin@a2xlaw.com
                                   101 N. Shoreline Blvd., Ste 610
                                   Corpus Christi, Texas 78401
                                   Telephone: (361) 452-1279
                                   Facsimile: (361) 452-1284

                                   **NICHOLS KASTER, PLLP**

                            By:    /s/ *Michele R. Fisher*
                                   **Michele R. Fisher** (#303069)
                                   fisher@nka.com
                                   4600 IDS Center, 80 South 8th Street
                                   Minneapolis, MN  55402
                                   Telephone (612) 256-3200
                                   Fax (612) 215-6870

                                   ***Attorneys for Named Plaintiff and the FLSA***
                                   ***Opt-In Plaintiffs***

                                   **MEAGHER + GEER, P.L.L.P.**

                            By:    /s/ *Melissa Dosick Riethof*
                                   **Melissa Dosick Riethof** (#282716)
                                   mriethof@meagher.com
                                   **M. Gregory Simpson** (#204560)
                                   gsimpson@meagher.com
                                   **Anthony W. Joyce** (#0400823)
                                   ajoyce@meagher.com
                                   33 South Sixth Street, Suite 4300
                                   Minneapolis, MN  55402
                                   Telephone (612) 338-0661

                                   ***Attorneys for Defendant***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 5, 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Minnesota, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Clif Alexander*
Clif Alexander
