**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

APRIL QUAY,

                Civil No. 21-1796 (JRT/DLM)

          Plaintiff,

v.

                      **ORDER**

MONARCH HEALTHCARE MANAGEMENT
LLC,

          Defendant.

---

The Parties submitted a Joint Motion for Approval of Fair Labor Standards Act ("FLSA") Settlement on September 5, 2025, requesting that the Court approve their settlement agreement.  (Docket No. 142.)  Having reviewed the motion and supporting documents, including the proposed Settlement Agreement and Release of Claims ("Settlement Agreement") (Sept. 5, 2025, Docket No. 143-2), the Court finds that the settlement reached is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions."  *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982); *see also Johnson v. Thomson Reuters*, Civ. No. 18-0070, 2019 WL 1254565 (D. Minn. Mar. 19, 2019).

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Joint Motion for Approval of FLSA Settlement (Docket No. [142]) is **GRANTED**.

2. The proposed Settlement Agreement is **APPROVED**, including attorneys' fees and costs to Collective Counsel.

    a. All capitalized terms not otherwise defined in this Order shall have the same meaning ascribed to them in the Parties' Settlement Agreement;

    b. Named Plaintiff April Quay is appointed as representative for the Opt-In Plaintiffs; and

    c. Collective Counsel, Clif Alexander and Austin W. Anderson of Anderson Alexander, PLLC, and Michele R. Fisher of Nichols Kaster PLLP are approved as counsel for the Plaintiffs.

3. Counsel for the Parties are hereby authorized to jointly use all reasonable procedures in connection with approval and administration of the settlement that are not materially inconsistent with this Order or the Settlement Agreement.

4. This case is **DISMISSED with prejudice** and **without attorneys' fees or costs**, except as expressly provided in the Settlement Agreement.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: March 9, 2026                           _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                          JOHN R. TUNHEIM
                                            United States District Judge

-2-